AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Shawn Peticos ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.   7-20-cv-4106-TMC |
| Oral and Maxillofacial Surgery Associates PA ) | |
| *Defendant* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that*:*

■ other: Defendant's motion to dismiss is granted and this action is dismissed without prejudice.

This action was:

■ decided by the Honorable Timothy M. Cain on the record.

Date:   July 9, 2021                                           *CLERK OF COURT*

                                                                    s/L K McAlister, Deputy Clerk
                                                                    *Signature of Clerk or Deputy Clerk*